ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
IVA K. TODOROVA, ESQ.
Nevada Bar No. 15827
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Iva.todorova@knchlaw.com*
Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN SPEARS and JUDITH SPEARS, Husband and wife,<br><br>                              Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>                              Defendant. | CASE NO.: **3:20-cv-00576-ART-CLB**<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

**COME NOW**, Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter also referred to as "Defendant") by and through its attorneys of record, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, STEVEN SPEARS and JUDITH SPEARS (hereinafter referred to as "Plaintiffs") by and through their attorneys of record, the law firms of COULTER HARSH LAW, LLC and POLI, MOON & ZANE, PLLC, and hereby submit this Stipulation and Order for Modification of Briefing Schedule for Plaintiffs' Motion for Partial Summary Judgment and Liberty Mutual Insurance Company's Motion for Summary Judgment.

///

///

///

///

652183v2

**STIPULATION**

On July 1, 2022 the parties timely submitted Motions for Summary Judgment. Pursuant to LR 7-2(b), both parties' responses to the respective Motions for Summary Judgment are due July 22, 2022. Due to Plaintiffs' counsel's prior irreconcilable obligations conflicting with the set briefing schedule, the parties agree Plaintiffs and Defendant shall have until **August 12, 2022,** to file respective responses to Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment.

DATED this 15th day of July, 2022.

KOELLER NEBEKER CARLSON
    & HALUCK, LLP

By: _/s/ Andrew C. Green_
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    IVA K. TODOROVA, ESQ.
    Nevada Bar No. 15827
    300 S. 4th Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Defendant,
    LIBERTY MUTUAL INSURANCE
    COMPANY

DATED this 15th day of July, 2022.

POLI, MOON & ZANE, PLLC

By:   _/s/ Michael N. Poli_
    MICHAEL N. POLI, ESQ.
    Nevada Bar No. 5461
    403 Hill Street
    Reno, NV 89501
    COULTER HARSH LAW
    CURTIS B. COULTER, ESQ.
    Nevada Bar No. 3034
    KARL H. SMITH, ESQ.
    Nevada Bar No. 6504
    403 Hill Street
    Reno, NV 89501
    Attorneys for Plaintiffs,
    STEVEN SPEARS and JUDITH
    SPEARS

///
///
///
///
///
///
///
///
///
///

652183v2

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the foregoing stipulation, Plaintiffs and Defendant shall have until August 12, 2022 to file respective responses to Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment.

DATED: July 19, 2022

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By: /s/ Andrew C. Green
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
IVA K. TODOROVA, ESQ.
Nevada Bar No. 15827
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

652183v2