ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
IVA K. TODOROVA, ESQ.
Nevada Bar No. 15827
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Iva.todorova@knchlaw.com*
Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN SPEARS and JUDITH SPEARS, Husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendant. | CASE NO.: 3:20-cv-00576-ART-CLB<br>ORDER APPROVING **STIPULATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

**COME NOW**, Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter also referred to as "Defendant") by and through its attorneys of record, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, STEVEN SPEARS and JUDITH SPEARS (hereinafter referred to as "Plaintiffs") by and through their attorneys of record, the law firms of COULTER HARSH LAW, LLC and POLI, MOON & ZANE, PLLC, and hereby submit this Stipulation and Order for Modification of Briefing Schedule for Plaintiffs' Motion for Partial Summary Judgment and Liberty Mutual Insurance Company's Motion for Summary Judgment.

///

///

///

///

653958v1

## STIPULATION

On July 1, 2022 the parties timely submitted Motions for Summary Judgment. Pursuant to the parties' Stipulation and Order for Modification of Briefing Schedule dated July 19, 2022, both parties' responses to the respective Motions for Summary Judgment are due **August 12, 2022.** To accommodate the necessity for Plaintiffs' counsel to attend the funeral service for a family member, the parties agree Plaintiffs and Defendant shall have until **August 26, 2022,** to file respective responses to Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment.

DATED this 9th day of August, 2022.

KOELLER NEBEKER CARLSON & HALUCK, LLP

By: /s/ Andrew C. Green
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
IVA K. TODOROVA, ESQ.
Nevada Bar No. 15827
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

DATED this 9th day of August, 2022.

POLI, MOON & ZANE, PLLC

By: /s/ Michael N. Poli
MICHAEL N. POLI, ESQ.
Nevada Bar No. 5461
403 Hill Street
Reno, NV 89501
COULTER HARSH LAW
CURTIS B. COULTER, ESQ.
Nevada Bar No. 3034
KARL H. SMITH, ESQ.
Nevada Bar No. 6504
403 Hill Street
Reno, NV 89501
Attorneys for Plaintiffs,
STEVEN SPEARS and JUDITH SPEARS

///
///
///
///
///
///
///
///
///

653958v1

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the foregoing stipulation, Plaintiffs and Defendant shall have until August 26, 2022 to file respective responses to Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment.

_____
UNITED STATES DISTRICT COURT JUDGE
Anne R. Traum

DATED: _____August 11, 2022_____

Respectfully submitted by:

KOELLER, NEBEKER, CARLSON
 & HALUCK, LLP

By: /s/ Andrew C. Green
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    IVA K. TODOROVA, ESQ.
    Nevada Bar No. 15827
    300 S. 4th Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Defendant,
    LIBERTY MUTUAL INSURANCE COMPANY