**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SPEARS and JUDITH SPEARS, Husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendant. | CASE NO.: 3:20-CV-00576-ART-CLB<br><br>**ORDER APPROVING IN PART**<br><br>**STIPULATON TO SUBSTITUTE LIBERTY INSURANCE CORPORATION AS A DEFENDANT IN PLACE OF LIBERTY MUTUAL INSURANCE COMPANY** |

In the above-captioned case, Plaintiffs named Liberty Mutual Insurance Company ("LMIC") as a defendant. However, because Liberty Insurance Corp. ("LIC") is the underwriter of Plaintiffs' Policy in effect on the date of loss, Liberty Insurance Corporation, and not Liberty Mutual Insurance Company, is the proper entity to respond to Plaintiffs' claims related to the insurance policy which is the subject of this lawsuit.

Accordingly, the parties hereby stipulate and agree that Liberty Mutual Insurance Company

1  shall be dismissed without prejudice from this action and replaced with Liberty Insurance Corp.
2  Liberty Insurance Corp will be substituted as the correct and only Defendant for this lawsuit. The
3  parties also stipulate that Plaintiffs will withdraw their Motion for Leave to Amend Complaint
4  (ECF No. 53) and Notice of Filing Missing Papers (ECF No. 54); and that Plaintiffs will also
5  withdraw their recent complaint filed in Washoe County District Court against Liberty Insurance
6  Corp., Case No. CV22-01483.

7       The parties further request that the Court grant the parties' joint request to change the Court
8  Caption to reflect the current and correct parties as contained in the Proposed Caption attached as
9  ***Exhibit A***.

10      Therefore, the parties jointly request that Liberty Insurance Corporation be substituted in
11 place of Liberty Mutual Insurance Company in the case and the caption and complaint be amended
12 accordingly. The purpose of this Stipulation is to allow this case to proceed on the merits against
13 Liberty Insurance Corporation.

15 Dated: September 21, 2022         CLYDE & CO US LLP

16                                   By:    */s/ Dylan Todd*
                                     Amy M. Samberg (NV Bar No. 10212)
17                                   amy.samberg@clydeco.us
                                     Dylan P. Todd (NV Bar No. 10456)
18                                   dylan.todd@cyldeco.us
                                     7251 W. Lake Mead Blvd., Suite 430
19                                   Las Vegas NV  89128

20                                   Andrew C. Green (NV Bar No. 9399)
                                     Andrew.green@knchlaw.com
21                                   Iva K. Todorova (NV Bar No. 15827)
                                     Iva.todorova@knchlaw.com
22                                   300 S. 4th Street, Suite 500
                                     Las Vegas, NV 89101

24                                   *Attorneys for Defendant*
                                     *Liberty Mutual Insurance Company*

2

Dated: September 21, 2022

        COULTER HARSH LAW, LLC &
        POLI, MOON & ZANE, PLLC

By: */s/ Michael N. Poli*

Curtis B. Coulter (NV Bar No. 3034)
Karl H. Smith
Michael N. Poli (NV Bar No. 5461)
curtis@coulterharshlaw.com
mpoli@pmzlaw.com
403 Hill Street
Reno, NV 89501

*Attorneys for Plaintiffs*
*Steven Spears and Judith Spears*

## ORDER

Liberty Mutual Insurance Company is dismissed without prejudice from this action and replaced with Liberty Insurance Corporation. Liberty Insurance Corporation will be substituted as the correct and only Defendant for this lawsuit.

The case caption will be revised to reflect the defendant is Liberty Insurance Corporation and reflected in all future orders, including the pending motions for summary judgment (ECF Nos. 42 and 43). See Exhibit A. The Court will assume that the name change does not affect the substance of the motions. The Court cannot modify the documents that have already been filed; therefore, if the parties seek to modify documents already filed, they may do so by motion.

Pursuant to the parties' agreement, Plaintiffs Motion for Leave to Amend Complaint (ECF No. 53) and Notice of Filing Missing Papers (ECF No. 54) are withdrawn. Furthermore, pursuant to the parties' stipulation, Plaintiffs agree to withdraw their recent complaint filed in Washoe County District Court against Liberty Insurance Corp., Case No. CV22-01483.

DATED: September 22, 2022

Anne R. Traum
United States District Judge

3

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SPEARS and JUDITH SPEARS, Husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, a Massachusetts corporation,<br><br>Defendant. | CASE NO.: 3:20-CV-00576-ART-CLB<br><br>**MASTER CAPTION** |

- 1 -