1
2
3
4
5
6
7
8
9
10
11
12

13                    **UNITED STATES DISTRICT COURT**

14                           **DISTRICT OF NEVADA**

15  | STEVEN SPEARS and JUDITH SPEARS, Husband and wife, | CASE NO.: 3:20-CV-00576-ART-CLB |
16
17  | Plaintiffs, | **ORDER GRANTING** |
18  | v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
19  | LIBERTY INSURANCE CORPORATION, a Massachusetts corporation, |
20
21  | Defendant. |

22

23   Plaintiffs Steven Spears and Judith Spears ("Plaintiffs") and Defendant Liberty Mutual
24  Insurance Company ("Liberty") by and through undersigned counsel, hereby stipulate to dismiss
25  with prejudice Plaintiffs' complaint, in its entirety, the parties to bear their own costs and attorneys'
26  fees.
27
28

                                      - 1 -

Dated: April __, 2023

**POLI, MOON & ZANE, PLLC**

By: */s/ Michael N. Poli*
Michael N. Poli
Nevada State Bar #5461
Email: mpoli@pmzlaw.com
403 Hill Street
Reno, Nevada 89501
P: (602) 857-8180
F: (602) 857-7333

**COULTER HARSH LAW, LLC**
Curtis B. Coulter
Karl H. Smith
Nevada State Bar #3034
Email: curtis@coulterharshlaw.com
403 Hill Street
Reno, Nevada 89501
P: (775) 324-3380
F: (775) 324-3381

*Attorneys for Plaintiffs*

Dated: April __, 2023

**CLYDE & CO US LLP**

By: */s/ Dylan Todd*
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile: 725-248-2907

*Attorneys for Defendant
Liberty Mutual Insurance Company*

## **ORDER**

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

_____
Anne R. Traum
United States District Court Judge

DATED: April 12, 2023

- 2 -